74 A.3d 121

Tyshon BALDWIN, Petitioner

v.

COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Respondent.

No. 90 EM 2013.

Supreme Court of Pennsylvania.

Sept. 4, 2013.

## *ORDER*

PER CURIAM.

**AND NOW,** this 4th day of September, 2013, the Application for Leave to File Original Process and the Petition for Writ of Mandamus are **DISMISSED.** *See Commonwealth v. Reid,* 537 Pa. 167, 642 A.2d 453 (1994) (hybrid representation not permissible). The Prothonotary is directed to forward the filings to counsel of record.